# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| THE PINES CHURCH and MATT GIOIA<br><br>　　　　Plaintiffs<br><br>v.<br><br>HERMON SCHOOL DEPARTMENT<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 1:23-cv-00214-LEW**<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to District of Maine Local Rule 56(h), Defendant Hermon School Department hereby serves notice of intent to file a summary judgment motion and respectfully request that this Court schedule a pre-filing conference with a judicial officer.

Dated: December 14, 2023          /s/ Melissa A. Hewey_____
　　　　　　　　　　　　　　　　　Melissa A. Hewey
　　　　　　　　　　　　　　　　　Attorney for Defendant Hermon School Department

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel:  (207) 772-1941
Fax:  (207) 772-3672
mhewey@dwmlaw.com