UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **THE PINES CHURCH**, a Maine non-profit corporation; **Matt Gioia**, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>**HERMON SCHOOL DEPARTMENT;**<br><br>Defendant. | Civil Action No.:  1:23-cv-00214-LEW |

### PLAINTIFFS' NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT

Pursuant to District of Maine Local Rule 56(h)(2), Plaintiffs The Pines Church and Matt Gioia hereby serve notice of intent to file a motion for summary judgment, and respectfully request a pre-filing conference with a judicial officer.

DATED:  December 14, 2023

/s/ Julianne Fleischer
Counsel for Plaintiffs, The Pines Church and Matt Gioia

Mariah Gondeiro, Esq., Bar No. 323683
*(Pro Hac Vice Admission\*\*)*
Julianne Fleischer, Esq., Bar No. 337006
*(Pro Hac Vice Admission\*\*)*
Advocates for Faith and Freedom
mgondeiro@faith-freedom.com
jfleischer@faith-freedom.com
25026 Las Brisas Road
Murrieta, California 92562
Tel: (951) 600-2733