# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| THE PINES CHURCH and MATT GIOIA | ) ) ) |
| Plaintiffs | ) ) ) |
| v. | ) **Civil Action No. 1:23-cv-00214-LEW** |
| HERMON SCHOOL DEPARTMENT | ) ) ) ) |
| Defendant | ) ) |

**HERMON SCHOOL DEPARTMENT'S MOTION FOR PROTECTON FROM TRIAL**

This case is on the January 2025 civil trial list with jury selection scheduled for January 8 and 9. Defendant Hermon School Department moves for protection from trial on January 15, 2025. The reason for this request is that the undersigned counsel for Defendant is scheduled to serve as counsel for the Portland School Department in a teacher dismissal hearing conducted pursuant to 20-A M.R.S. § 13303 on the evening of January 15. 2025. This is a public hearing, the scheduling of which has been difficult and it would be prejudicial to the School Department and the employee if it could not go forward.

Defendant requests protection from trial as requested herein.


Dated: November 20, 2024         /s/ *Melissa A. Hewey*
                                 Melissa A. Hewey
                                 Attorney for Defendant Hermon School Department
                                 Drummond Woodsum
                                 84 Marginal Way, Suite 600
                                 Portland, Maine 04101-2480
                                 Tel:  (207) 772-1941
                                 Fax:  (207) 772-3672

mhewey@dwmlaw.com