## EXHIBIT A – WITNESS LIST

| | |
|---|---|
| 1. Haily Keezer. Defendant's counsel is likely in possession of this witness's information. | 2. Stephanie Oiler. Defendants' counsel is likely in possession of this witness's information. |
| 3. Debbie CoWallis. Defendants' counsel is likely in possession of this witness's information. | 4. Brian Walsh. Defendant's counsel is likely in possession of this witness's information. |
| 5. Rhonda Byers. Defendant's counsel is likely in possession of this witness's information. | 6. Patricia Duran. Defendant's counsel is likely in possession of this witness's information. |
| 7. Jason Davis. Defendant's counsel is likely in possession of this witness's information. | 8. Jamie Youngblood: Defendant's counsel is likely in possession of this witness's information. |
| 9. Christopher McLaughlin: 534 Woods Edge Rd, Hermon, ME | 10. Shannon Knowles, 167 S. Levant Rd, Levant, ME |
| 11. Kristen Shorey: 571 Ridge Dr., Hermon, ME | 12. Micah Grant: 91 Bog Rd, Hermon, ME |
| 13. Gary Gonyar: 333 Billings Rd, Hermon, ME | 14. Patty Dearborn: 130 Thirteenth St, Bangor, ME |
| 15. Jim Chasse: 38B Albert LN, Glenburn, ME | 16. Rick Phillips: 132 MRS Macks Rd, Irmo, SC; 6 Stillwater Ave, Orono, ME |
| 17. Zach Hussey: 223 Pearl St, Bangor, ME | 18. Danielle Haggerty: 10 Bog Rd, Hermon, ME |
| 19. Mike Haggerty: 10 Bog Rd, Hermon, ME | 20. Rick Magoon: 151 Merrill Rd, Stetson, ME |
| 21. Marcel Aube: 148 Billings Rd, Hermon, ME | 22. Barbara Ford: 2636 Union St, Hermon, ME |
| 23. Mike Leonard. **Address unknown.** | 24. Regina Leonard: 106 Wendy Acres Dr, Hermon, ME |
| 25. Ed Ford: 2636 Union St, Hermon, ME | 26. Carolyne Delmonico. **Address unknown.** |
| 27. Ron Murphy: 809 Fuller Rd, Hermon, ME | 28. Vicki Murphy: 809 Fuller Rd, Hermon, ME |
| 29. Kit McCall: 650 Newburgh Rd, Hermon, ME | 30. Josh Henderson: 216 New Boston Rd, Hermon, ME |
| 31. Melissa Ormsby: 224 Mountain View Dr, Hermon, ME | 32. Jaylyn McCue-Sproul: 2391 Route 2, Hermon, ME. |
| 33. Jim Thorne: 458 Irish Rd, Carmel, ME | 34. Chris Gray: 512 Fuller Rd, Hermon, ME |
| 35. Jacob Atwood. **Address unknown.** | 36. Katherine Atwood. **Address unknown.** |
| 37. Chris Garnett: 164 Ichabod Lane, Hampden, ME | 38. Micah Dewitt: 2636 Union St, Hermon, ME |
| 39. Tyler Libby: 135 Howard St. Apt. E, Bangor, ME | 40. Rachel Straub: 45 Carroll Street, Bangor ME |
| 41. Michelle Henderson: 216 New Boston Rd, Hermon, ME | 42. Heidi Fairbrother: 675 Bog, Rd, Hermon, ME |
| 43. Larae Hoff: 308 Chapman Rd, Newburgh, ME | 44. Jesse Keith: 47 Copper Rdg, Hermon, ME |
| 45. Plaintiff Matt Gioia | |