**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| THE PINES CHURCH and MATT GIOIA <br><br> Plaintiffs <br><br> v. <br><br> HERMON SCHOOL DEPARTMENT <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) )   **Civil Action No. 1:23-cv-00214-LEW** |

**UNOPPOSED MOTION OF HERMON SCHOOL DEPARTMENT FOR PROTECTON FROM TRIAL**

This case is on the February 2025 civil trial list with jury selection scheduled for February 5 and 6. Defendant Hermon School Department moves for protection from trial for the period February 17 – 21, 2025. The reason for this request is that February 17 – 21 is school vacation week and many of the witnesses that both Plaintiff and Defendant plan to call as witnesses have long standing vacation plans and will not be available to attend trial. Defendant therefore requests, without objection of Plaintiff, that this case be protected from trial during that week.

Dated: November 20, 2024    /s/ *Melissa A. Hewey*
Melissa A. Hewey
Attorney for Defendant Hermon School Department
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel: (207) 772-1941
Fax: (207) 772-3672
mhewey@dwmlaw.com