UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PINES CHURCH, et al., | ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | 1:23-cv-00214-LEW |
| HERMON SCHOOL DEPARTMENT, | ) ) ) | |
| Defendant | ) | |

**ORDER ON DISCOVERY ISSUES**

On April 9, 2025, the Court conducted a telephonic hearing on certain discovery issues. For the reasons stated on the record, the Court finds and orders:

1. Plaintiffs' request to appoint a special master or third party to search the personal cell phones of potential witnesses is denied. To the extent Plaintiffs contend that persuasive legal authority supports Plaintiffs' request for such a search, Plaintiffs may file a list of any such authority on or before April 22, 2025. Upon review of the authority, the Court will determine whether any further proceedings on the issue is necessary.

2. Plaintiffs may conduct two additional depositions provided that the depositions are of board members or school administrators.

3. Defendant shall consult with its information technology department (the department) to determine whether the two email communications discussed during the conference were located during the department's

search for documents responsive to Plaintiffs' request for documents. If the documents were not located during the search, Defendant shall ascertain from the department the likely reason(s) the documents were not located during the search. On or before April 18, 2025, Defendant shall file a summary of the information Defendant learned from the department.

## **NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 9th day of April, 2025.