UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE PINES CHURCH and MATT GIOIA <br><br> Plaintiffs <br><br> v. <br><br> HERMON SCHOOL DEPARTMENT <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 1:23-cv-00214-LEW** |

## DEFENDANT'S WITNESS LIST

In accordance this Court's Report of Final Pretrial Conference and Order (ECF Doc. 116)), Defendant Hermon School Department submits the following witness list:

1.   <u>Micah Grant</u>. Hermon, Maine 04401.  Mr. Grant is a fact witness.  He is expected to testify about the practice of the School Department with respect to use by the public of School Department Facilities, his interactions with Mr. Goia regarding possible rental of space in the High School and meetings of the Hermon School Committee to consider the Plaintiffs' request.  It is anticipated that his direct examination will be approximately **1 hour**.

2.   <u>Brian Walsh</u>. 2415 Route 2, Hermon, Maine 04401.  Mr. Walsh is a fact witness.  He is expected to testify regarding use of space in the Hermon High School by religious groups.  It is anticipated that his direct examination will be approximately **1 hour**..

3.   <u>Jesse Keith</u>. 47 Copper Ridge, Hermon ME 04401. Mr. Keith is a fact witness.  He is expected to testify about the meetings of the Hermon School Committee on November 7, 2022 and December 12, 2022 and the reasons he voted the way he did.  It is anticipated that his direct examination will be approximately **1 hour**..

4.     <u>Kristen Shorey</u>. 571 Ridge Drive, Hermon, Maine 04401. Ms. Shorey is a fact witness. She is expected to testify about the meetings of the Hermon School Committee on November 7, 2022 and December 12, 2022 and the reasons she voted the way she did. It is anticipated that her direct examination will be approximately **1 hour**..

5.     <u>Stephanie Oiler</u>. 31 Billings Rd., Hermon, Maine 04401. Ms. Oiler is a fact witness. She is expected to testify about the meetings of the Hermon School Committee on November 7, 2022 and December 12, 2022 and the reasons she voted the way she did. It is anticipated that her direct examination will be approximately **1 hour**.

6.     <u>Christopher McLaughlin</u>. P.O. Box 1291, Bangor, ME 04402  Mr. McLaughlin is a fact witness. He is expected to testify about the meetings of the Hermon School Committee on November 7, 2022 and December 12, 2022 and the reasons he voted the way he did. It is anticipated that his direct examination will be approximately **1 hour**.

7.     <u>Garnett Chute</u>. Fuller Road, Hermon, Maine 04401. Mr. Chute is a fact witness. He is expected to testify about the School Department's openness to allowing his religious organization to use its facilities. It is anticipated that his direct examination will be approximately **30 minutes**.

Dated: September 19, 2025      /s/ *Melissa A. Hewey*
Melissa A. Hewey
Attorney for Defendant Hermon School Department
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel:  (207) 772-1941
Fax:  (207) 772-3672
mhewey@dwmlaw.com