UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: THE PINES CHURCH, et. al., v. HERMON SCHOOL DEPARTMENT

DOCKET NO: 1:23-cv-00214-LEW

## Plaintiffs' Witness List

| No. | Witness | Fact | Expert | Anticipated Testimony | Length of Testimony |
|---|---|---|---|---|---|
| 1. | Haily Keezer [Address Unknown] | X | | HSD Committee Policies, Procedures, and Communications; Pines Church Rental Use Request | 3 hrs. |
| 2. | Stephanie Oiler [Address Unknown] | X | | HSD Committee Policies, Procedures, and Communications; Pines Church Rental Use Request | 1 hr. |
| 3. | Debbie CoWallis [Address Unknown] | X | | HSD Committee Policies, Procedures, and Communications; Pines Church Rental Use Request | 1 hr. |
| 4. | Jesse Keith: 47 Copper Rdg, Hermon, ME | X | | HSD Committee Policies, Procedures, and Communications; Pines Church Rental Use Request | 1 hr. |
| 5. | Christopher McLaughlin: 534 Woods Edge Road, Hermon, ME | X | | HSD Committee Policies, Procedures, and Communications; Pines Church Rental Use Request | 2 hrs. |
| 6. | Shannon Knowles: 167 S. Levant Rd, Levant, ME | X | | HSD Committee Policies, Procedures, and Communications; Pines Church Rental Use Request | 1 hr. |
| 7. | Kristen Shorey: 571 Ridge Dr., Hermon, ME | X | | HSD Committee Policies, Procedures, and Communications; Pines Church Rental Use Request | 1 hr. |
| 8. | Brian Walsh [Address Unknown] | X | | HSD Committee Policies, Procedures, and Communications; Pines Church Rental Use Request | 2 hrs. |

| # | Name / Address | X | | Topic | Time |
|---|---|---|---|---|---|
| 9. | Micah Grant: 91 Bog Rd, Hermon, ME | X | | HSD Committee Policies, Procedures, and Communications; Pines Church Rental Use Request | 2 hrs. |
| 10. | Rhonda Byers [Address Unknown] | X | | HSD Committee Policies, Procedures, and Communications (Finance Manager) | 30 m. |
| 11. | Patricia Duran [Address Unknown] | X | | HSD Committee Policies, Procedures, and Communications (Interim Superintendent) | 30 m. |
| 12. | Jason Davis [Address Unknown] | X | | HSD Committee Policies, Procedures, and Communications (Director of Facilities) | 30 m. |
| 13. | Jamie Youngblood [Address Unknown] | X | | HSD Committee Policies, Procedures, and Communications (Director of Finance) | 30 m. |
| 14. | Gary Gonyar: 333 Billings Rd, Hermon, ME | X | | HSD Committee Policies, Procedures, and Communications (Superintendent 2017-2020) | 30 m. |
| 15. | Jim Chasse: 38B Albert LN, Glenburn, ME | X | | HSD Committee Policies, Procedures, and Communications (Superintendent 2020-2022) | 30 m. |
| 16. | Patty Dearborn: 130 Thirteenth St, Bangor, ME | X | | HSD Committee Policies, Procedures, and Communications (Secretary) | 30 m. |
| 17. | Rick Phillips: 132 MRS Macks Rd, Irmo, SC, 6 Stillwater Ave, Onrono, ME | X | | Business Relationship between Spotlight Cinema and Pines Church | 30 m. |
| 18. | Zach Hussey: 223 Pearl St, Bangor, ME | X | | Business Relationship between Spotlight Cinema and Pines Church | 30 m. |
| 19. | Danielle Haggerty: 10 Bog Rd, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 20. | Mike Haggerty: 10 Bog Rd, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |

| 21. | Rick Magoon: 151 Merrill Rd, Stetson, ME | X | | HSD Committee Meetings (2022) | 30 m. |
|---|---|---|---|---|---|
| 22. | Barbara Ford: 2636 Union St, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| | Ed Ford: 2636 Union St, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 23. | Mike Leonard, [Address Unknown] | X | | HSD Committee Meetings (2022) | 30 m. |
| 24. | Regina Leonard:106 Wendy Acres Dr, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 25. | Carolyne Delmonico [Address Unknown] | X | | HSD Committee Meetings (2022) | 30 m. |
| 26. | Ron Murphy: 809 Fuller Rd, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 27. | Vicki Murphy: 809 Fuller Rd, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 28. | Kit McCall: 650 Newburgh Rd, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 29. | Josh Henderson: 216 New Boston Rd, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 30. | Melissa Ormsby: 224 Mountain View Dr, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 31. | Jaylyn McCue-Sproul: 2391 Route 2, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 32. | Jim Thorne: 458 Irish Rd, Carmel, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 33. | Chris Gray: 512 Fuller Rd, Hermon, ME | X | | HSD Committee Meetings (2022) | 30 m. |
| 34. | Marcel Aube: 148 Billings Rd, Hermon, ME | X | | Pines Church Rental Use Arrangement | 30 m. |
| 35. | Jacob Atwood [Address Unknown] | X | | Pines Church Rental Use Arrangement | 30 m. |
| 36. | Katherine Atwood [Address Unknown] | X | | Pines Church Rental Use Arrangement | 30 m. |

| | | | | | |
|---|---|---|---|---|---|
| 37. | Chris Garnett: 164 Ichabod Lane, Hampden, ME | X | | Pines Church Rental Use Arrangement | 30 m. |
| 38. | Micah Dewitt: 2636 Union St, Hermon, ME | X | | Pines Church Rental Use Arrangement | 30 m. |
| 39. | Tyler Libby: 135 Howard St. Apt. E, Bangor, ME | X | | Pines Church Rental Use Arrangement | 30 m. |
| 40. | Rachel Straub: 45 Carroll Street, Bangor ME | X | | Pines Church Rental Use Arrangement | 30 m. |
| 41. | Michelle Henderson: 216 New Boston Rd, Hermon, ME | X | | Third-Party Event Vender at HSD | 30 m. |
| 42. | Heidi Fairbrother: 675 Bog, Rd, Hermon, ME | X | | Third-Party Event Vender at HSD | 30 m. |
| 43. | Larae Hoff: 308 Chapman Rd, Newburgh, ME | X | | Third-Party Event Vender at HSD | 30 m. |
| 44. | Amanda Davis [Address Unknown] | X | | HSD Custodian Procedures and Practices | 30 m. |
| 45. | Jonathan Collins [Address Unknown] | X | | HSD Custodian Procedures and Practices | 30 m. |
| 46. | Rick Overlock [Address Unknown] | X | | HSD Custodian Procedures and Practices | 1 hr. |
| 47. | Hugh Hansen [Address Unknown] | X | | HSD Custodian Procedures and Practices | 30 m. |
| 48. | Joseph Swoboda [Address Unknown] | X | | HSD Custodian Procedures and Practices | 30 m. |
| 49. | Isiah Marseille [Address Unknown] | X | | HSD Custodian Procedures and Practices | 30 m. |
| 50. | Plaintiff Matt Gioia | X | | Pines Church Rental Use Arrangement; Communications with HSD administrators | 2 hr. |