UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: PINES CHURCH et al v. HERMON SCHOOL DEPARTMENT

DOCKET NO: 1:23-cv-00214-LEW

**Joint Exhibit List**

| Plt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1. | | | 1st Amd Complaint; Exhs A-F, ECF No. 10-10.6 | | | | |
| 2. | | | HSD Community Use of School Facilities (Policy KG), HSD000648-51 | | | | |
| 3. | | | HSD Community Use of School Facilities – Building/Facilities Request Form, TPC000106 | | | | |
| 4. | | | HSC Rules, HSD000009-11 | | | | |
| 5. | | | HSC School Calendar, TPC000092-101 | | | | |
| 6. | | | HSC Regular Meeting Minutes, dated 11/07/2022, HSD000004-08 | | | | |
| 7. | | | HSC Regular Meeting Minutes, dated 12/12/2022, HSD000069-74 | | | | |
| 8. | | | Official Hermon School Department Meeting Recording, Dated 11/07/22[1] | | | | |
| 9. | | | Official Hermon School Department Meeting Recording, Dated 12/12/22[2] | | | | |
| 10. | | | Completed HSD Building/Facilities Request Forms, HSD000143-44, 287-88, 417-20, 339-40, 565-68, 575-78, 579-80 | | | | |
| 11. | | | Richards Productions, HSD000595-600 | | | | |
| 12. | | | HSD Communications, TPC000126-127, HSD000138, 140, 652-53, 655, 673, 675-676, 684, 689, 692-97, 700-01, 704-05, 711, 714, 716-17, 722, 726-29, 741-43 | | | | |
| 13. | | | Rental Use Arrangement Communications, TPC000112-16, 120, HSD000139, 631-651, 669-70 | | | | |

---

[1] The official video record of meeting can be found at 2022-2023 Videos | Hermon School Department (https://www.hermon.net/o/hsd/page/2022-2023-videos).
[2] The official video record of meeting can be found at 2022-2023 Videos | Hermon School Department (https://www.hermon.net/o/hsd/page/2022-2023-videos).

| Plt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 14. | | | Keezer Communications, HSD00952-964 | | | | |
| 15. | | | McLaughlin Deposition Transcript Exhs. 2-5 | | | | |
| 16. | | | Grant Deposition Transcript, Dated 11/15/23 | | | | |
| 17. | | | Grant Deposition Transcript Exhs. 1-12 | | | | |
| 18. | | | Grant Deposition Transcript, Dated 04/02/25 | | | | |
| 19. | | | Grant Deposition Transcript Exhs. 1-3 | | | | |
| 20. | | | Keezer Deposition Transcript, Dated 03/12/25 | | | | |
| 21. | | | Keezer Deposition Transcript Exhs. 1-9 | | | | |
| 22. | | | Keezer Deposition Transcript Vol. II, Dated 05/20/25 | | | | |
| 23. | | | Walsh Deposition Transcript, Dated 04/1/25 | | | | |
| 24. | | | Walsh Deposition Transcript Exhs. 1-7 | | | | |
| 25. | | | Grant Deposition Transcript, Dated 04/02/25 | | | | |
| 26. | | | Grant Deposition Transcript Exhs. 1-3 | | | | |
| 27. | | | Shorey Deposition Transcript, Dated 04/03/25 | | | | |
| 28. | | | Shorey Deposition Transcript Exhs. 1-7 | | | | |
| 29. | | | Keith Deposition Transcript, Dated 04/16/25 | | | | |
| 30. | | | Keith Deposition Transcript Exhs. 1-7 | | | | |
| 31. | | | Oiler Deposition Transcript, Dated 05/09/25 | | | | |
| 32. | | | Oiler Deposition Transcript Exhs. 1-7 | | | | |
| 33. | | | Knowles Deposition Transcript, Dated 05/13/25 | | | | |
| 34. | | | Knowles Deposition Transcript Exhs. 1-7 | | | | |
| 35. | | | CoWallis Deposition Transcript, Dated 05/13/25 | | | | |

| Plt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 36. | | | CoWallis Deposition Transcript Exhs. 1-7 | | | | |
| 37. | | | Hermon School Responses to Request for Admissions, Set One, Dated 11/27/23 | | | | |
| 38. | | | Hermon School Supplemental Responses to Request for Admissions, Set Two, Dated 11/30/23 | | | | |
| 39. | | | The Pines Church Responses to Interrogatories, Set One, Dated 12/07/23 | | | | |
| 40. | | | The Pines Church Supplemental Responses to Interrogatories, Set One, Dated 12/13/23 | | | | |
| 41. | | | Hermon School Responses to Interrogatories, Set Two, Dated 04/28/25 | | | | |
| 42. | | | Hermon School Responses to Interrogatories, Set Two, Dated 04/28/25, Exhs. A-C | | | | |
| 43. | | | The Pines Church Attendance, TPC000077-78 | | | | |
| 44. | | | The Pines Church Tithes and Offering, TPC000117-19 | | | | |
| 45. | | | Spotlight Cinema, TPC000001-2, 107 | | | | |
| | 1. | | Pines Church Bylaws, TPC 00049-79 | X – Plt. | | | |
| | 2. | | Pines Church Meeting Minutes, TPC 00033-35 | X – Plt. | | | |
| | 3. | | Good News Club Promotional Materials | X – Plt. | | | |
| | 4. | | 12-06-2022 Memorandum to School Committee, HSD 000967-968 | X – Plt. | | | |