UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| Pines Church and Matt Gioia, | Before: Lance E. Walker |
| Plaintiffs | U.S. District Judge |
| | Case No.: 1:23-cv-00214-LEW |
| v. | Court Reporter: Cathy Ford/FTR |
| | Courtroom Deputy: Meghan York  Cheryl Derrah |
| Hermon School Department, | Interpreter/Language: |
| Defendant | **Date**: February 23, 2026 |

**COURTROOM MINUTES: TRIAL PROCEEDINGS**

Appearances:

Plaintiffs: Julianne Fleisher, Esq., Robert Tyler, Esq., and Wenonah Wirick, Esq.
Defendant: Melissa Hewey, Esq.

## Bench Trials:

☒ **Bench Trial Began on:** 2/24/26
☒ **Bench Trial Continued/Held on:** 2/25/26
☒ **Bench Trial Concluded on:** 2/25/2026
☐ **Court Verdict:**

## Jury Trials:

☐ **Jury Trial Began on:**
☐ **Jury Trial Continued/Held on:**
☐ **Jury Trial Concluded on**
☐ Jury retired to deliberate at          on
☐ Court orders the Clerk's Office to provide a meal to the jury for jury deliberation on
☐ Prepare Kepreos Order and have copies for jury when verdict is returned
☐ Prepare Certificates of Appreciation for Jurors
☐ Jury returned verdict at          on
☐ Jury Polled          ☐ Polling Waived

- 2 -

**For Bench Trials & Jury Trials:**

☐ Conference of Counsel held on:

☐ Frye Colloquy held on: (Criminal Cases only)

☐ Charge Conference held on      pursuant to Fed. R.Civ.P 51(b)(1)    Court Reporter present for charge conference ☐ **No** ☐ **Yes**
☐ Parties provided with opportunity to object on the record and out of the jury's hearing before the instructions and closing arguments are delivered, pursuant to Fed. R. Crim. P. 30(d)
☐ **Oral Motions**: (Specify Date and Motion and/or Ruling Below):

| Motion | Ruling |
|--------|--------|
|        |        |

☐ **Motions taken under advisement**:

☐ **Other/Notes**:

*\*\*\*Note: Exhibit and Witness Lists are filed separately.*