# UNITED STATES DISTRICT COURT
## District of Maine

## Witness List

| | | |
|---|---|---|
| Case Name: Pines Church and Matt Gioia v. Hermon School Department<br>Case No.: 1:23-cv-00214-LEW | | Proceeding Type:<br>Bench Trial |
| Presiding Judge: Lance Walker | Plaintiff's Attorney:<br><br>Julianne Fleisher, Esq.<br>Robert Tyler, Esq.<br>Wenonah Wirick, Esq. | Defendant's Attorney:<br><br>Melissa Hewey, Esq. |
| Courtroom Deputy: Meghan York<br>              Cheryl Derrah | | |
| Court Reporter: Cathy Ford | | |

| Pla | Dft | Date | WITNESS |
|---|---|---|---|
| 1 | | 2/24/26 | Matthew Gioia |
| 2 | | 2/24/26 | Haily Keezer |
| 3 | | 2/24/26 | Stephanie Oiler |
| 4 | | 2/24/26; 2/25/26 | Jesse Keith |
| 5 | | 2/25/26 | Kristen Shorey |
| 6 | | 2/25/26 | Christopher McLaughlin |
| 7 | | 2/25/26 | Shannon Knowles |
| 8 | | 2/25/26 | Micah Grant |
| 9 | | 2/25/26 | Matthew Gioia |