UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  PINES CHURCH et al v. HERMON SCHOOL DEPARTMENT

DOCKET NO:  1:23-cv-00214-LEW

**Court Exhibit List**

| Joint Exh. | Pl Exh | Dft Exh | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | HSD Community Use of School Facilities (Policy KG), HSD000648-51 | | 2/24/26 | 2/24/26 | 2/24/26 |
| 2 | | | | HSD Community Use of School Facilities – Building/Facilities Request Form, TPC000106 | | 2/24/26 | 2/24/26 | 2/24/26 |
| 3 | | | | HSC Regular Meeting Minutes, dated 11/07/2022, HSD000004-08 | | 2/24/26 | 2/24/26 | 2/24/26 |
| 4 | | | | HSC Regular Meeting Minutes, dated 12/12/2022, HSD000069-74 | | 2/24/26 | 2/24/26 | 2/24/26 |
| 5 | | | | Official Hermon School Department Meeting Recording, Dated 11/07/22[1] | | 2/24/26 | 2/24/26 | 2/24/26 |
| 6 | | | | Official Hermon School Department Meeting Recording, Dated 12/12/22[2] | | 2/24/26 | 2/24/26 | 2/24/26 |
| 7 | | | | Completed HSD Building/Facilities Request Forms, HSD000143-44, 287-88, 417-20, 339-40,565-68, 575-78, 579-80 | | 2/24/26 | 2/24/26 | 2/24/26 |
| | 1 | | | 1st Amd Complaint; Exhs A-F, ECF No. 10-10.6 | | | | |
| | 2 | | | HSC Rules, HSD000009-11 | | | | |
| | 3 | | | HSC Meeting Minutes, TPC000092-101 | | 2/25/26 | 2/25/26 | 2/25/26 |
| | 4 | | | Richards Productions, HSD000595-600 | | | | |
| | 5 | | | HSD Communications, TPC000126-127, HSD000138, 140, 652-53, 655, 673, 675-676, 684, 689, 692-97, 700-01, 704-05, 711, 714, 716-17, 722, 726-29, 741-43 | | 2/24/26 2/24/26 2/24/26 2/24/26 | 2/24/26 2/24/26 2/24/26 2/24/26 | Pg 3 only Pg 5 only Pg 7 only Pg 9 only |

[1] The official video record of meeting can be found at 2022-2023 Videos | Hermon School Department (https://www.hermon.net/o/hsd/page/2022-2023-videos).
[2] The official video record of meeting can be found at 2022-2023 Videos | Hermon School Department (https://www.hermon.net/o/hsd/page/2022-2023-videos).

| Joint Exh. | Pl Exh | Dft Exh | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | | Obj. to 12 | 2/24/26 | 2/24/26 | Pg 12 only |
| | | | | | Obj. to 13 | 2/24/26 | 2/24/26 | Pg 13 only |
| | | | | | Obj. to 14 | 2/24/26 | 2/24/26 | Pg 14 only |
| | | | | | Obj. to 25 | 2/25/26 | 2/25/26 | Pg 25 |
| | | | | | | 2/25/26 | 2/25/26 | Pg 30-31 |
| | | | | | Obj to 35 | 2/25/26 | 2/25/26 | Pg 35 |
| | | | | | Obj to 36 | 2/25/26 | 2/25/26 | Pg 36-37 |
| | | | | | Obj to 38 | 2/25/26 | 2/25/26 | Pg 38 |
| | 6 | | | Rental Use Arrangement Communications, TPC000112-16, 120, HSD000139, 631-651, 669-70 | | 2/24/26 | 2/24/26 | 2/24/26 |
| | 7 | | | Keezer Communications, HSD00952-964 | | | | |
| | 8 | | | Hermon School Responses to Request for Admissions, Set One, Dated 11/27/23 | | | | |
| | 9 | | | Hermon School Supplemental Responses to Request for Admissions, Set Two, Dated 11/30/23 | | | | |
| | 10 | | | The Pines Church Responses to Interrogatories, Set One, Dated 12/07/23 | | | | |
| | 11 | | | The Pines Church Supplemental Responses to Interrogatories, Set One, Dated 12/13/23 | | | | |
| | 12 | | | Hermon School Responses to Interrogatories, Set Two, Dated 04/28/25 | | | | |
| | 13 | | | Hermon School Responses to Interrogatories, Set Two, Dated 04/28/25, **Exhs. A-C** | | 2/25/26 | 2/25/26 | 2/25/26 |
| | 14 | | | The Pines Church Attendance, TPC000077-78 | | | | |
| | 15 | | | The Pines Church Tithes and Offering, TPC000117-19 | | | | |
| | 16 | | | Spotlight Cinema, TPC000001-2, 107 | | | | |
| | 17 | | | Hermon Trail Map | | | | |

| Joint Exh. | Pl Exh | Dft Exh | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
|  |  | 1 |  | 12-06-2022 Memorandum to School Committee, HSD 000967-968 |  | 2/24/26 | 2/24/26 | 2/24/26 |