UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PINES CHURCH and MATT GIOIA, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil No. 1:23-cv-00214-LEW |
| | ) | |
| HERMON SCHOOL DEPARTMENT, | ) | |
| | ) | |
| Defendant | ) | |

## JUDGMENT

This matter having come before the Court, the Honorable Lance E. Walker, Chief United States District Judge presiding, and the issues having been duly tried and in accordance with the Decision and Order entered on November 13, 2026,

JUDGMENT is hereby entered for Plaintiffs Pine Church and Matt Gioia and against Defendant Hermon School Department in the amount of $1.00, plus reasonable costs and attorneys' fees and interest as allowed by law.

Jennifer P. Lyons, Clerk

By: /s/ Stacey L. Graf
Deputy Clerk

Dated this 13th day of November, 2026.